## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDITC, LLC**<br>c/o Gross & Romanick, P.C.<br>3975 University Drive, Suite 410<br>Fairfax, VA 22030<br><br>     **Plaintiff**,<br><br>v.<br><br>**SPOTSWOOD CONSULTING d/b/a SC WIRELESS SOLUTIONS**<br>SERVE:  Managing Officer<br>      601 Pennsylvania Avenue, N.W.<br>      South Building, Suite 900<br>      Washington, DC 20004<br>SERVE:  Derek Spotswood, Registered Agent<br>      7838 Orchid Drive<br>      Huntington Beach, CA 92648<br><br>     **Defendants**. | )<br>)<br>)<br>)<br>)<br>)<br>)Case No.: ____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### COMPLAINT

**COMES NOW** the Plaintiff, FEDITC, LLC ("FEDITC"), by counsel, and files this Complaint against the Defendant, Spotswood Consulting d/b/a SC Wireless Solutions ("SC Wireless") based upon the grounds set forth in this Complaint, as follows:

### PARTIES AND JURISDICTION

1. The Plaintiff, FEDITC, is a Limited Liability Company authorized to transact business in the State of Maryland.

2. Defendant SC Wireless is a Corporation authorized to transact business by the State of California. SC Wireless maintains its headquarters in California and operates its financial activities from offices in Nevada.

3. Defendant SC Wireless maintains satellite offices in the District of Columbia and the State of Florida.

4. FEDITC and SC Wireless are citizens of different states and the amount in controversy in this action is in excess of $75,000. Consequently, this Honorable Court has subject matter jurisdiction pursuant to 28 U.S.C. 1332(a)(1).

5. Venue is appropriate in this Honorable Court pursuant to 28 U.S.C. 1390(b)(1)

## FACTS COMMON TO ALL COUNTS

6. Throughout calendar year 2014, FEDITC performed various telecommunications and cellular telephone tower services in accordance with various purchase orders provided to FEDITC by SC Wireless.

7. FEDITC performed these services to SC Wireless in order to permit SC Wireless to fulfill contracts between SC Wireless, Sprint and Mastec.

8. Upon completion of the services set forth in each Purchase Order, FEDITC would provide SC Wireless with an invoice for payment.

9. Beginning in 2015, SC Wireless ceased paying invoices to FEDITC.

10. As a result of SC Wireless' failure to pay invoices, on March 20, 2015, SC Wireless and FEDITC negotiated a payment plan ("Payment Plan") to pay the outstanding amounts owed to FEDITC. *See,* Payment Plan attached hereto as Exhibit "A".

11. Pursuant to the terms of the Payment Plan, FEDITC was to be paid the total sum of $303,287.60 with the first payment to be made no later than March 31, 2015.

12. SC Wireless failed to make payment on March 31, 2015 and is now in default of the Payment Plan.

13.     Pursuant to the terms of the Payment Plan, the full balance owed to FEDITC by SC Wireless is now immediately due and payable.

14.     Despite demand, SC Wireless has failed to make any payments pursuant to the Payment Plan.

## COUNT I
(Breach of Contract)

15.     The allegations contained in Paragraphs 1 through 14 are incorporated herein by reference.

16.     The Payment Plan constitutes a legally enforceable obligation between FEDITC and SC Wireless.

17.     Pursuant to the Payment Plan, SC Wireless had a duty to pay FEDITC in accordance with the terms of the Payment Plan.

18.     SC Wireless has breached the Payment Plan by failing to pay FEDITC.

19.     FEDITC has been damaged in the amount of $303,287.60 by SC Wireless failure to pay as required by the Payment Plan.

## COUNT II
(Quantum Meruit/Unjust Enrichment)
(Plead in the Alternative to Count I above)

20.     The allegations contained in Paragraphs 1 through 14 are incorporated herein by reference.

21.     At the request, direction and insistence of SC Wireless, FEDITC performed services for the benefit of SC Wireless.

22.     Such services were performed for the benefit of SC Wireless and were accepted, used and enjoyed by SC Wireless.

23. FEDITC performed the services for SC Wireless under circumstances that reasonably notified SC Wireless that FEDITC expected to be paid for its services.

24. Despite demand for payment, SC Wireless has refused to pay FEDITC the amounts owed.

25. SC Wireless is indebted to FEDITC in the in the amount of $303,287.60.

**WHEREFORE**, Plaintiff requests the following:

a. A monetary judgment to be entered against Spotswood Consulting d/b/a SC Wireless Solutions in favor of FEDITC, LLC in the amount of $303,287.60 plus pre- and post-judgment interest at the judgment rate as provided by statute.

b. Reasonable attorneys fees and costs expended in prosecuting this action; and

c. Such other and further relief as this Court deems appropriate.

Respectfully Submitted,
FEDITC, LLC
By Counsel

_____/s/ A. Charles Dean_____
Edward Gross, DC Bar #334537
A. Charles Dean, DC Bar #983256
GROSS & ROMANICK, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030
703-273-1400 (telephone)
703-385-9652 (facsimile)